WORLDWIDE TROPICALS, INC. *v.* ZONING BOARD OF
APPEALS OF THE TOWN OF GUILFORD

The motion by the defendant to dismiss the appeal from the Court of Common Pleas in New Haven County is granted without prejudice to the filing in this court on or before December 15, 1971, of a petition for certification from the judgment of the Court of Common Pleas.

*Joseph C. Lee,* for the appellee (defendant).

*Marshall N. Dudley,* for the appellant (plaintiff).

Argued December 7—decided December 7, 1971

TOWN OF SOUTHBURY *v.* AMERICAN BUILDERS, INC.,
ET AL.

The motion by the plaintiff to dismiss the appeal from the Court of Common Pleas in New Haven County is denied.

*J. Warren Upson,* with whom was *W. Fielding Secor,* for the appellee (plaintiff).

*Harry Cohen,* for the appellants (defendants).